The relief described hereinbelow is SO ORDERED.

Signed September 07, 2007.



_____
ROBERT D. BERGER
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | ) |
| Carl Rhoades, Tamara Rhoades, *Debtor* | ) |
| | ) Case No. 04-22129-rdb |
| Wells Fargo Bank, NA, by Wells Fargo Home Mortgage (SC), loan servicing agent for *Creditor* | ) Chapter: 13 |
| vs. | ) |
| Carl Rhoades, Tamara Rhoades, *Debtor* | ) |
| and | ) |
| William H. Griffin, *Trustee* | ) |

**AGREED ORDER RESOLVING NOTICE OF DEFAULT OF CONDITIONAL ORDER FOR RELIEF FROM STAY ADDING POST-PETITION ARREARS TO PLAN**

**COMES NOW**, this matter comes before the Court for hearing upon the Notice of Default of Conditional Order of Wells Fargo Bank, NA by Wells Fargo Home Mortgage (SC), its subsidiaries, affiliates, predecessors in interest, successors or assigns, ("Creditor"). The appearances are Chelsea S. Herring, of the firm of South & Associates, P.C.; Carl and Tamara Rhoades ("Debtors"), by Christopher R. Coons. The Court makes the following findings:

File No. 75950
Case No: 04-22129-rdb

United States Bankruptcy Court
District of Kansas
In re: Wells Fargo Bank, NA v. Carl and Tamara Rhodes
Case No. 04-22129-rdb
Chapter 13
Order Granting Relief From Stay with Curative Provisions
Page 2

1. A Notice of Default of Conditional Order was filed on July 17, 2007 and Debtors filed their Objection on July 23, 2007.

2. Creditor claims a secured interest in real property described as follows:

**Lots 30, 32, 34 and 36, in Block 120, in the City of Ottawa, in Franklin County, Kansas, according to the recorded plat thereof, in Franklin County, Kansas**, commonly known as 816 E 7th St., Ottawa, KS 66067 (the "Property")

3. Debtors acknowledge and the Court finds that they failed to make certain post-petition payments due under the Conditional Order of November 2, 2004 and the Notice of Default of Conditional Order. Debtors are due for (1) payment at $985.73 (6/1/07), (2) payments at $928.83 (7/1/07-8/1/07), accrued late charges at $920.54, and attorney fees $50.00, for a total due of $3,813.93. The Court further finds that this constitutes sufficient cause pursuant to 11 U.S.C §362(d) to lift the Automatic Stay.

4. Notwithstanding Finding number three of this Order, the parties consent and agree to the terms and conditions of this Agreed Order in full and complete settlement of the Notice of Default of Conditional Order.

5. On August 30, 2007, Debtors filed a Motion for Plan Modification to include the arrearages listed in number three of this order. Creditor will file an Amended Proof of Claim to include the Post-Petition Arrearage of $3,813.93, plus a fee of $50 for filing the Amended Proof of Claim.

6. Debtors also agree to make the on-going post-petition payments when due and as called for under the terms of the promissory note and security instrument beginning with the **September 1, 2007** payment. Time is of the essence with regard to all of the payments.

7. Should Debtors fail to make **any** of the payments called for above, Creditor shall

United States Bankruptcy Court
District of Kansas
In re: Wells Fargo Bank, NA v. Carl and Tamara Rhodes
Case No. 04-22129-rdb
Chapter 13
Order Granting Relief From Stay with Curative Provisions
Page 3

be then entitled to immediately notify the Court, Debtors, Debtors' Counsel and Trustee in writing, of the delinquency. If Debtors fail to fully cure the delinquency for any given installment(s) within fifteen (15) days of the date of the notification, Creditor shall then be entitled to immediate relief from the automatic stay of 11 U.S.C. §362 (a) without the necessity of further hearing, action or order of Court. Creditor shall be free to exercise all of its rights and remedies under the Promissory Note and security instrument, including enforcing rights to possession of the premises under the terms of the promissory note and mortgage and in accordance with applicable non-bankruptcy state law.

IT IS THEREFORE ORDERED, ADJUDGED, AND AGREED that the above findings shall become orders of this Court

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
*s/ Chelsea S. Herring*
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE # 48812; EDMO #98415; KSFd #70587)
Chelsea S. Herring (MBE #51089; EDMO #118127; KS # 20522)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600 (Herring Ext. 176; West 314-655-7001 ext. 301)
(913) 663-7899 Fax
**ATTORNEYS FOR CREDITOR**

United States Bankruptcy Court
District of Kansas
In re: Wells Fargo Bank, NA v. Carl and Tamara Rhodes
Case No. 04-22129-rdb
Chapter 13
Order Granting Relief From Stay with Curative Provisions
Page 4


Approved By:

 *s/ Christopher R. Coons*
Christopher R. Coons
P.O. Box 3407
Lawrence, KS  66046
**ATTORNEY FOR DEBTOR**


Approved By:

 *s/ William H. Griffin*
William H. Griffin
4350 Shawnee Mission Parkway
Suite 13
Fairway, KS  66205-2535
**TRUSTEE**


File No. 75950
Case No: 04-22129-rdb