## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                                  )
                                        )
CARL EDWARD RHOADES                     )       Case No: 04-22129-13
TAMARA LYNN RHOADES                     )
                                        )
                                        )
_____)

### MOTION FOR ENTRY OF DISCHARGE

COMES NOW, W.H. Griffin, Chapter 13 Trustee, and moves the court for an Order granting discharge, and in support thereof states and alleges the following:

1. Debtor(s) filed a bankruptcy case under Chapter 13 of the Bankruptcy Code on May 21, 2004.

2. Debtor's Chapter 13 Plan was confirmed on Tue Jul 27, 2004.

3. Debtor(s) have completed all payments required under the terms of the confirmed Plan.

4. The Trustee requests the Court grant a discharge in accordance with 11 U.S.C. 1328.

WHEREFORE, the Trustee moves the Court for an Order granting discharge in accordance with 11 U.S.C. 1328, and for such other relief as the Court may deem just and equitable in the premises.

Respectfully submitted,

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
6330 Lamar Suite 110
Overland Park, KS 66202-4286
(913) 677-1311 Fax (913) 432-7857
inquiries@13trusteekc.com

CARL EDWARD RHOADES
TAMARA LYNN RHOADES
634 S ELM

OTTAWA, KANSAS 66067                    FG282/JMZ

NOTICE WITH OPPORTUNITY FOR HEARING ON
MOTION FOR ENTRY OF DISCHARGE

Any objection/response to the above motion must be filed within thirty
(30) days of the date of this notice, Jul 02, 2010 with the Clerk of the
United States Bankruptcy Court. Documents can be filed electronically at
http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be
served electronically by the Court on the Chapter 13 Trustee and all other
parties to the case who have registered for electronic filing. If debtor's
counsel is not registered for electronic filing, you must serve the
objection/response by mail. If an objection/response is timely filed, a
hearing will be held before the US Bankruptcy Court, 500 State Ave, Room 151,
Kansas City KS 66101 on Aug 17, 2010 at  1:30 PM. If no objection/response
is filed on or before Aug 01, 2010, the above motion will be granted by entry
of an Order of Discharge. For information about electronic filing go to
www.ksb.uscourts.gov.

s/W.H. Griffin, Trustee
W.H. Griffin, Trustee


CERTIFICATE OF SERVICE


I, the undersigned, do hereby certify that the debtor, debtor's attorney,
and all creditors who filed claims will be served either electronically or
via U.S. mail.

s/W.H. Griffin, Trustee
W.H. Griffin, Trustee